**WO**

1

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9  Gerald K. Smith, as Trustee for and on)        No. 01-CV-0218-PHX-PGR
   behalf of Boston Chicken, et. al,       )           01-CV-0246-PHX-PGR
10                                          )           02-CV-1162-PHX-PGR
                    Plaintiff,              )           02-CV-1248-PHX-PGR
11                                          )
   vs.                                      )
12                                          )           (Consolidated)
                                            )
13 Arthur Andersen, et. al,                 )           **ORDER**
                                            )
14                 Defendants.              )
                                            )
15 _____)

16         Since all parties have been since been terminated and all claims resolved, IT IS

17 ORDERED that the Clerk of Court shall close the case.

18         DATED this 6th day of June, 2006.

19

20

21                          Paul G. Rosenblatt
                            United States District Judge
22

23

24

25

26

27

28